```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/08
```

**LSK&D #: 564-8007 / 1019575**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

LYNDA BAUER,

　　　　　　　　　　　　　　Plaintiff,

　　　　-against-

METROPOLITAN LIFE INSURANCE
COMPANY,

　　　　　　　　　　　　　　Defendant.

-------------------------------------------------------------------x

**No.** 08 CV 1843 (AKH)

**STIPULATION AND
ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the

above-captioned action, that this action should be dismissed with prejudice and without

costs, with each party bearing its own attorney's fees.

Dated:　　New York, New York
　　　　　May 9, 2008

PALMERI & GAVEN

Daniel F. Gaven, Esq. (DG - 7386)
80 Maiden Lane
New York, New York 10038
(212) 608-1717
Attorneys for Plaintiff

LESTER SCHWAB KATZ & DWYER, LLP

Allan M. Marcus (AM-9027)
120 Broadway
New York, New York 10271
(212) 964-6611
Attorneys for Defendant

SO ORDERED.

_____
United States District Judge

Dated: _____5-19-08_____